# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WILLIAM DALE LEE, | |
| Plaintiff, | |
| vs. | 2:21-cv-01569-VCF |
| | **Order** |
| KILOLO KIJAKAZI, Commissioner of Social Security, | MOTION TO REMAND [ECF NO. 19]; CROSS-MOTION TO AFFIRM [ECF NO. 21] |
| Defendant. | |

On August 25, 2022, I denied plaintiff Lee's motion for reversal and/or remand (ECF No. 19) and granted the Commissioner's cross-motion to affirm (ECF No. 21).  (ECF No. 25).

Accordingly,

I ORDER that the Clerk of Court enter final judgment in favor of defendant.

DATED this 31st day of August 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1